| | |
|---|---|
| 1 | GEORGE W. NOWELL (SBN: 83868) |
| | PAUL B. ARENAS (SBN: 167863) |
| 2 | **LAW OFFICES OF GEORGE W. NOWELL** |
| | 120 Montgomery Street, Suite 1990 |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 362-1333 |
| 4 | Facsimile: (415) 362-1344 |
| | Attorneys for plaintiff |
| 5 | HAMILTON BEACH BRANDS, INC. |

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION)

| | | |
|---|---|---|
| 10 | HAMILTON BEACH BRANDS, INC. ) | CASE NO.: CV08-1766 VBR (Rcx) |
| 11 | ) | |
| 12 | Plaintiff, ) | **STIPULATED PROTECTIVE** |
| 13 | v. ) | **ORDER** |
| 14 | M/V COSCO SHANGHAI, her engines, ) | |
| | tackle, machinery, appurtenances, etc., <u>in</u> ) | |
| 15 | <u>rem</u> ; UNION PACIFIC RAILROAD ) | |
| | COMPANY; DECHENG INT'L ) | **NOTE CHANGES MADE BY THE COURT.** |
| 16 | FORWARDING CO., LTD.; ) | |
| | STREAMLINE SHIPPERS ) | |
| 17 | ASSOCIATION, INC.; STREAMLINE ) | |
| | SHIPPERS & ASSOCIATES, INC.; and ) | |
| 18 | COSCO CONTAINER LINES ) | |
| | AMERICAS, INC., <u>in personam</u>, ) | |
| 19 | Defendants. ) | |
| 20 | | |

21  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22  PLEASE TAKE NOTICE THAT this Court, having reviewed the stipulation re

23  protective order which the parties to the above captioned matter submitted and

24  agreed to which is intended to protect the confidential information contained

25  within documents to be produced in this matter and to provide a streamlined

26  mechanism for which to determine which documents should be maintained as

27  \ \ \

28  \ \ \

1

1  confidential, the Court hereby Orders GRANTS that the stipulation re protective
2  order submitted herewith shall be adhered to by all parties as set out in the
3  stipulation. However, paragraphs 6.2, 6.3 and 7.4(c) are amended
   to require full compliance with Local Rule 37, and when differing
4  **IT IS SO ORDERED.** from Local Rule 37, the Local Rule applies.

6  DATED: _July 21_____, 2008

8  HON. VALERIE BAKER FAIRBANK
   UNITED STATES ~~DISTRICT~~ JUDGE
   Magistrate

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P071708-1770