GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

**JS-6**

Attorneys for Plaintiff:
HAMILTON BEACH BRANDS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| HAMILTON BEACH BRANDS, INC.<br><br>Plaintiff,<br><br>v.<br><br>M/V COSCO SHANGHAI, her engines, tackle, machinery, appurtenances, etc., <u>in rem</u>; UNION PACIFIC RAILROAD COMPANY; DECHENG INT'L FORWARDING CO., LTD.; STREAMLINE SHIPPERS ASSOCIATION, INC.; STREAMLINE SHIPPERS & ASSOCIATES, INC.; and COSCO CONTAINER LINES AMERICAS, INC., <u>in personam</u>,<br><br>Defendants.<br><br><u>AND RELATED CROSS-CLAIMS</u> | CASE NO.: CV08-01766 VBF (RCx)<br><br>**ORDER OF DISMISSAL** |

    THE PARTIES HAVING reached a settlement of this entire action and having stipulated to the dismissal of this action in its entirety, and good cause appearing therefore,

    IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety with prejudice.

---

1

**ORDER OF DISMISSAL** (CV08-01766 VBF (RCx))

1  Each party will bear its own costs and attorneys fees.  The Court
2  retains jurisdiction to enforce the terms of the settlement agreement.

Dated: April 16, 2009

*/s/ Valerie Baker Fairbank*

Hon. Valerie B. Fairbanks
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

2
**ORDER OF DISMISSAL** (CV08-01766 VBF (RCx))

P010709.1770